874

No. 82–6960. CLARK v. MARSTON ET AL. Dist. Ct. App. Fla., 1st Dist. Motion of respondents for damages denied. Certiorari denied.

No. 83–27. ELIASEN v. GREEN BAY & WESTERN RAILROAD CO. ET AL. C. A. 7th Cir. Motion of respondents for damages denied. Certiorari denied.

No. 83–156. VEENKANT v. BLAKE ET AL.; and VEENKANT v. CORSIGLIA ET AL. C. A. 6th Cir. Motion of respondents Blake and Farrell for award of costs and damages denied. Certiorari denied.

No. 83–163. SYRIA, DIRECTOR, DIVISION OF SOCIAL SERVICES, NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, ET AL. v. ALEXANDER ET AL. C. A. 4th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 83–167. PFISTER v. AMERICAN AIRLINES, INC., ET AL. C. A. 9th Cir. Motion of petitioner to strike brief in opposition denied. Certiorari denied.

No. 83–5304. NICKOL v. ZIMMERMAN ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 81–6908. BARCLAY v. FLORIDA, 463 U. S. 939;
No. 82–401. RICE, DIRECTOR, DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA v. REHNER, 463 U. S. 713;
No. 82–1696. RASKY v. CITY OF CHICAGO ET AL., 462 U. S. 1119; and
No. 82–6080. BAREFOOT v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 463 U. S. 880. Petitions for rehearing denied.

No. 81–2147. ARIZONA ET AL. v. SAN CARLOS APACHE TRIBE OF ARIZONA ET AL.; ARIZONA ET AL. v. NAVAJO TRIBE OF INDIANS ET AL; and
No. 81–2188. MONTANA ET AL. v. NORTHERN CHEYENNE TRIBE OF THE NORTHERN CHEYENNE INDIAN RESERVATION ET AL., 463 U. S. 545. Petitions of Fort McDowell Mohave-Apache Indian Community et al. and San Carlos Apache Tribe et al. for rehearing denied.